UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>          Plaintiff,<br><br>    v.<br><br>BIG 5 CORP. dba BIG 5 SPORTING GOODS #189; STEPHEN INVESTMENTS, INC.,<br><br>          Defendants. | No. 1:17-cv-01245-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On November 7, 2017, Plaintiff filed a Notice of Voluntary Dismissal, in which Plaintiff notified the Court of the dismissal of this action with prejudice based on the parties' settlement of the matter. (Doc. 7.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **November 9, 2017**            /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE